Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** Juan Serrano          **Case Number:** 12-CR-10173

**Name of Sentencing Judicial Officer:** Honorable George A. O'Toole Jr., Senior U.S. District Judge

**Date of Original Sentence:** November 20, 2007

**Original Offense:** Distribution of Heroin, in violation of 21 U.S.C. § 841(a)(1)

**Original Sentence:** 72 Months of Imprisonment followed by 72 Months of Supervised Release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** June 7, 2018

---

## NON-COMPLIANCE SUMMARY

**Violation Number**     **Nature of Noncompliance**

**I**     **Violation of Standard Condition of Supervised Release #7:** The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On December 27, 2018, Mr. Serrano provided a urine screen that tested positive for Buprenorphine, Cocaine, Fentanyl, and Opiates. He admitted to using heroin and cocaine on Christmas.

On January 25, 2019, Mr. Serrano provided a urine screen that tested positive for fentanyl and cocaine. He admitted to using illicit substances earlier that day prior to reporting to Probation.

**II**     **Violation of Standard Condition of Supervised Release # 3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

On December 27, 2018, Mr. Serrano was enrolled in the random urinalysis phase testing program and instructed to call Sunday through Thursday and to report for testing as directed.

Mr. Serrano failed to call the phase testing line as instructed and missed scheduled urine testing on January 9, 2019 and January 24, 2019.

## U.S. Probation Officer Action:

The Probation Department is not recommending any further action by the Court. Mr. Serrano reported to the probation office on January 28, 2019 and admitted to relapsing with cocaine and heroin. Mr. Serrano provided documentation that he has enrolled in a methadone program in New Bedford. He is currently employed in New Bedford and is looking to secure his own housing in that area. Mr. Serrano has denied the need for inpatient treatment at this time and has agreed that he will reach out to this office if he needs further treatment. Mr. Serrano will begin drug testing in our Taunton Office and he has signed a release-of-information so we can verify his participation in treatment. He has been advised that additional non-compliance could result in further Court action.

Reviewed/Approved by:                                             Respectfully submitted,

/s/ Jeffrey R. Smith                                              /s/ Andrew McGrath
                                                                  by
Supervisory U.S. Probation Officer                                U.S. Probation Officer
                                                                  Date:           1/28/2019

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
The Honorable George A. O'Toole Jr.
Senior U.S. District Judge

_____1/28/19_____
Date